# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 09-2140-CM |
| | ) |
| WAL-MART STORES, INC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff Amy Parker advises that the parties have entered into a settlement agreement to resolve this matter. The case is before the court on Plaintiff's Motion to Resolve Liens and to Allow Settlement Proceeds Paid into Court (Doc. 32). The motion was referred to Magistrate Judge Gerald Rushfelt for report and recommendation. On September 20, 2010, Judge Rushfelt issued a report and recommendation (Doc. 37) recommending that the motion be granted and an order entered: (1) authorizing defendant to pay into the Clerk of Court the settlement proceeds; and (2) directing the Clerk of the Court, after receipt of the settlement proceeds from defendant, to disburse $5,100 of the funds to Providence Medical Center and to disburse the remaining amount of the funds to plaintiff and her attorney, subject to any court costs.

The time for filing objections to the Report and Recommendation has passed, and no objections were filed. The court has reviewed the detailed findings and conclusions proposed in the Report. Based on upon that review and the fact that no objection has been filed to it, the court adopts the Report and Recommendation in its entirety. 28 U.S.C. § 636(b)(1).

The court therefore grants plaintiff's Motion to Resolve Liens and to Allow Settlement

Proceeds Paid into Court (Doc. 32) and authorizes defendant to pay into the Clerk of Court the settlement proceeds.

The court directs the Clerk of the Court, after receipt of the settlement proceeds from defendant, to disburse $5,100 of the funds to Providence Medical Center and to disburse the remaining amount of the funds to plaintiff and her attorney, subject to any court costs, all as set forth in Judge Rushfelt's Report and Recommendation (Doc. 37).

**IT IS SO ORDERED**.

Dated this 5th day of October 2010, at Kansas City, Kansas.

        **s/ Carlos Murguia**
        **CARLOS MURGUIA**
        **United States District Judge**